THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BONNIE HEMMER, Appellant. [678 NYS2d 542] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WINEGARD, Appellant. [678 NYS2d 541] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Smith, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT R. PETRIE, Appellant, v MELVIN HOLLINS, as Superintendent of Oneida Correctional Facility, Respondent. [678 NYS2d 542] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Habeas Corpus.) Present—Denman, P. J., Green, Pine, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. KAY, Appellant. [678 NYS2d 542] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Sodomy, 3rd Degree.) Present—Denman, P. J., Green, Pine, Lawton and Boehm, JJ.